SIMON HERZIG, as Surviving Partner of the Firm of HERZIG BROTHERS, Respondent, *v.* NEW YORK COLD STORAGE COMPANY, Appellant.

*Herzig* v. *N. Y. Cold Storage Co.*, 115 App. Div. 40, affirmed.
(Argued October 24, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*William F. Goldbeck* for appellant.

*Abram I. Elkus* and *Joseph M. Proskauer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.